IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv323

| TAMI C. ATKINS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| FLEXMEDICAL., et al., | ) |  |
| Defendants. | ) |  |

Pending before the Court is the Motion to Dismiss [# 12]. After Defendants filed the Motion to Dismiss, Plaintiff filed an Amended Complaint. The filing of an amended complaint supersedes the original complaint and renders it void of any legal function in the case. <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 12].

Signed: May 8, 2014

Dennis L. Howell
United States Magistrate Judge

1